## SINGER *v.* MYERS, CORRECTIONAL SUPERINTENDENT.

No. 1485, Misc.  Decided June 17, 1968.

*Peter Hearn* for petitioner.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted.  The judgment is reversed.  *Jackson* v. *Denno,* 378 U. S. 368, and *Roberts* v. *LaVallee,* 389 U. S. 40.